
Official Time Stamp
U.S.Bankruptcy Court
Northern District of Ohio
December 28, 2005
(3:01 PM)

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-24949 |
| | ) | |
| KAREEMAH WILLIAMS | ) | CHAPTER 7 |
| | ) | |
| Debtors | ) | JUDGE MORGENSTERN-CLARREN |

### ORDER GRANTING MOTION TO AMEND ORDER
### AVOIDING JUDGMENT AND JUDGMENT LIEN
### OF NEW CENTURY FINANCIAL SERVICES, INC.

This cause is before the Court on the Motion to Amend Order Avoiding Judgment and Judgment Lien of New Century Financial Services, Inc. The Motion to Amend Order Avoiding Judgment and Judgment Lien of New Century Financial Services, Inc., is granted.

IT IS SO ORDERED.

Date: 12/28/05

_____
JUDGE MORGENSTERN-CLARREN

Submitted by:

/s/ Julie E. Rabin
JULIE E. RABIN (0006592)
Rabin & Rabin Co., LPA
55 Public Square, Suite 1510
Cleveland, Ohio 44113
(216) 771-8084
Facsimile No. (216)771-4615
jrabin@rabinandrabin.com
Attorney for Debtor

**PLEASE SERVE:**

Kareemah Williams
18401 Landseer Road
Cleveland, OH 44119

New Century Financial Services, Inc.
6851 Jericho Turnpike, Ste 190
Syosset, NY 11791

Barbara Micul
323 W. Lakeside Avenue, Second Floor
Cleveland, OH 44113
Counsel for New Century

ECF Service to:

Steven Davis, Chapter 7 Trustee
1370 Ontario Street
450 Standard Building
Cleveland, Ohio 44113

U.S. Trustee's Office
201 Superior Avenue
Cleveland, OH 44114