
Official Time Stamp
U.S.Bankruptcy Court
Northern District of Ohio
December 28, 2005
(3:11 PM)

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-24949 |
| | ) | |
| KAREEMAH WILLIAMS | ) | CHAPTER 7 |
| | ) | |
| Debtors | ) | JUDGE MORGENSTERN-CLARREN |

### AMENDED ORDER AVOIDING JUDGMENT AND JUDGMENT LIEN OF NEW CENTURY FINANCIAL SERVICES, INC.

This cause is before the Court on the Motion to Avoid Judgment and Judgment Lien of New Century Financial Services, Inc., (hereinafter "New Century").

The Debtor alleges that all parties have been served according to law. Pursuant to notice given, with no objection having been filed within the allotted time set, said Motion shall be granted.

IT IS ORDERED, ADJUDGED AND DECREED that the judgment of New Century obtained in the Cleveland Municipal Court in Case No. 2005CVF004380 in the amount of Two Thousand Six Hundred Seventy Three Dollars and Thirty Seven Cents ($2,673.37) plus interest at 5% from June 29, 2005 (the "Judgment") is hereby avoided and shall be null and void.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the Cleveland Municipal Court of Common Pleas, upon receipt of a certified copy of this Order, is directed to mark the Judgment released on its records.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment Lien filed on August 24, 2005 with the Clerk of the Cuyahoga County Court of Common Pleas as JL-05-246877 (the "Judgment Lien") is hereby avoided and shall be null and void.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Cuyahoga County Court of Common Pleas, upon receipt of a certified copy of this Order, is directed to mark the Judgment Lien released on its record.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that New Century shall have no interest in the real property described on Exhibit A hereto.

IT IS SO ORDERED.

Date: 12/28/05

_____
JUDGE MORGENSTERN-CLARREN

Submitted by:

/s/ Julie E. Rabin
JULIE E. RABIN (0006592)
Rabin & Rabin Co., LPA
55 Public Square, Suite 1510
Cleveland, Ohio 44113
(216) 771-8084
Facsimile No. (216)771-4615
jrabin@rabinandrabin.com
Attorney for Debtor

**PLEASE SERVE:**

Kareemah Williams
18401 Landseer Road
Cleveland, OH 44119

New Century Financial Services, Inc.
6851 Jericho Turnpike, Ste 190
Syosset, NY 11791

Barbara Micul
323 W. Lakeside Avenue, Second Floor
Cleveland, OH 44113
Counsel for New Century

ECF Service to:

Steven Davis, Chapter 7 Trustee
1370 Ontario Street
450 Standard Building
Cleveland, Ohio 44113

U.S. Trustee's Office
201 Superior Avenue
Cleveland, OH 44114

Loan No.: WILLIAMS

Property Address:
18401 LANDSEER ROAD
CLEVELAND, OHIO  44119

Date: SEPTEMBER 5, 2000

Exhibit "A"

Legal Description

THE FOLLOWING REAL PROPERTY: SITUATED IN THE CITY OF CLEVELAND, COUNTY OF CUYAHOGA AND STATE OF OHIO, AND KNOWN AS BEING THE WESTERLY 5 FEET FROM FRONT TO REAR OF SUBLOT NO. 3 AND THE EASTERLY 35 FEET FROM FRONT TO REAR OF SUBLOT NO. 4 IN THE BEACHLAND SUBDIVISION NO. 2 OF PART OF ORIGINAL EUCLID TOWNSHIP, TRACT NO. 15, AS SHOWN BY THE RECORDED PLAT IN VOLUME 33 OF MAPS, PAGE 3 OF CUYAHOGA COUNTY RECORDS, AND TOGETHER FORMING A PARCEL OF LAND 40 FEET FRONT ONTHE NORTHERLY SIDE OF CARY ROAD, (NOW KNOWN AS LANDSEER ROAD, N.E.) AND EXTENDIGN BACK OF EQUAL WIDTH 135.00 FEET, AS APPEARS BY SAID PLAT, BE THE SAME MORE OR LESS. ,
Cuyahoga, OH

CUYAHOGA COUNTY RECORDER
200011290127  PAGE 5 of 5

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0647-1          User: gnunn            Page 1 of 1             Date Rcvd: Dec 28, 2005
Case: 05-24949                Form ID: pdf763        Total Served: 3

The following entities were served by first class mail on Dec 30, 2005.
db         +Kareemah H Williams,   18401 Landseer Road,   Cleveland, OH 44119-1748
           +New Century Financial Services, Inc.,   6851 Jericho Turnpike, #190,   Syosset, NY 11791-4421
14945233   +New Century Financial Services, Inc.,   Weltman, Weinberg & Reis,   323 Lakeside Avenue, #200,
             Cleveland, OH 44113-1099
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 30, 2005**        Signature:    _/s/ Joseph Speetjens_