IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

In RE:                      Case No. 05-24949-pmc

KAREEMAH H. WILLIAMS      Chapter 7

        Debtor(s)             Hon. Jessica E. Price Smith

**DEBTOR'S MOTION TO REOPEN BANRKUPTCY PURSUANT TO 11 U.S.C. § 350(B)**

Debtor Kareemah H. Williams ("Debtor"), through Counsel, hereby moves this Court for an Order reopening the above-captioned Chapter 7 Bankruptcy Proceeding pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 9024 in order to pursue violations of the discharge injunction against Creditor Partners for Payment Relief ("Creditor"), who is the current owner of the debt scheduled against Home Coming Funding N.E.

Debtor and Creditor are currently opposing parties in *Partners for Payment Relief, LLC, et al. v. Kareemah H. Williams*, Case No. CV 17 877514 pending in the Cuyahoga County (OH) Court of Common Pleas. In reviewing said pleadings the actions of Creditor in the foreclosure case may violate the discharge injunction issued by this Court in the above-captioned case. The Debtor, through Counsel, believes it would be in the interest of justice to allow the case to reopen for this limited matter

---

FOR THE REASONS STATED IN OPEN COURT ON OCT. 3, 2017, DEBTOR'S MOTION TO REOPEN CASE IS DENIED.

*[signature]*